# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIE B. BURNETT & ADA L. BURNETT  Case Number: 04-75267
2316 SHELLY DRIVE   SSN-xxx-xx-6045 & xxx-xx-9142
ROCKFORD, IL  61101

Case filed on: 10/21/2004
Plan Confirmed on: 1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $22,950.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | WILLIE B. BURNETT | 0.00 | 0.00 | 169.35 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 169.35 | 0.00 |
| 001 | ASSOCIATED BANK | 6,833.32 | 0.00 | 0.00 | 0.00 |
| 002 | AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | LVNV FUNDING LLC | 4,452.16 | 4,452.16 | 4,452.16 | 316.48 |
| 004 | SMC | 129.49 | 129.49 | 129.49 | 9.41 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 468.39 | 468.39 | 468.39 | 33.12 |
| 008 | CITI FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FORD MOTOR CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,479.74 | 1,479.74 | 1,479.74 | 104.72 |
| 011 | ECAST SETTLEMENT CORPORATION | 1,874.42 | 1,874.42 | 1,874.42 | 132.65 |
| 012 | CREDITORS BANKRUPTCY SERVICE | 1,500.80 | 1,500.80 | 1,500.80 | 106.18 |
| 013 | RESURGENT CAPITAL SERVICES | 3,612.38 | 3,612.38 | 3,612.38 | 255.63 |
| 014 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 1,402.91 | 1,402.91 | 1,402.91 | 99.30 |
| 016 | ZALE'S JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PAULA BURNETT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | TINA HARON | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | WORLD FINANCIAL NETWORK NATIONAL BANK | 105.23 | 105.23 | 105.23 | 7.98 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 879.00 | 879.00 | 879.00 | 62.20 |
| 021 | RESURGENT CAPITAL SERVICES | 2,724.31 | 2,724.31 | 2,724.31 | 192.77 |
| 022 | RESURGENT CAPITAL SERVICES | 2,724.31 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 28,186.46 | 18,628.83 | 18,628.83 | 1,320.44 |
| | Grand Total: | 29,550.46 | 19,992.83 | 20,162.18 | 1,320.44 |

Total Paid Claimant:   $21,482.62
Trustee Allowance:   $1,467.38
Percent Paid Unsecured:   100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008    By  /s/Heather M. Fagan